UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 24-682 (CCC) |
| v. | : | **AMENDED ORDER FOR DISMISSAL** |
| CHRISTOPHER JAMES SCANLON | : | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Alina Habba, the United States Attorney for the District of New Jersey, (by Megan Linares and Aaron Webman, Assistant United States Attorneys, appearing) hereby dismisses the Indictment, Crim. No. 24-682 (CCC) against Christopher James Scanlon, charging the defendant with conspiracy to own and operate an unlicensed money transmitting business, contrary to Title 18, United States Code, Section 1960(b), in violation of Title 18, United States Code, Section 371, because further prosecution of this charge is not in the interests of the United States at this time.

This dismissal is without prejudice.

*Alina Habba*
ALINA HABBA
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HONORABLE CLAIRE C. CECCHI
United States District Judge

Dated: April __30__, 2025