UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Case No. 2:24-cr-00682-CCC |
| Plaintiff | : | Magistrate Case No. 2:23-mj-10168-MAH-1 |
| | : | |
| v. | : | **ORDER FOR RETURN OF** |
| | : | |
| CHRISTOPHER JAMES SCANLON | : | **DEPOSIT FOR BAIL** |
| | : | |
| Defendant | : | |

This matter having come before this Court and it appearing that an Order Setting Conditions of release was filed in the above-captioned matter;

It further appearing that the conditions of Release on Bond required, among other things, that defendant execute a secured Appearance Bond and deposit in the Registry of the Court the sum of $1,000,000.00;

It further appearing that the purposes of the Release on Bond have been fulfilled and the Recognizance has been duly canceled of record;

For the reasons set forth above and good cause shown,

**IT IS** on this   12   day of May, 2025,

**ORDERED** that the Clerk of Court is hereby directed to return the sum of One Million Dollars ($1,000,000.00) to the surety of said Recognizance, Krieger, Kim and Lewin LLP, IOLTA Trust Account at 350 Fifth Avenue, Suite 7710, New York, NY 10118.

_____
Honorable Claire C. Cecchi
UNITED STATES DISTRICT JUDGE